JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Renee Montalbon et al

**(b)** County of Residence of First Listed Plaintiff: Burlington, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steve Gibbins 1411 West Ave, Austin 512-472-4241

## DEFENDANTS
Sarah Hawken et al
Lakeway/Austin, Travis, Texas

County of Residence of First Listed Defendant: Burlington, NJ
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question
[x] 4 Diversity *(circled)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [x]1 / DEF [x]1
- Citizen of Another State: PTF [x]2 (circled) / DEF [ ]2
- Incorporated or Principal Place of Business In This State: DEF [x]4 (circled)

## IV. NATURE OF SUIT
[x] 350 Motor Vehicle

## V. ORIGIN
[ ] 1 Original Proceeding (checked)

## VI. CAUSE OF ACTION
Brief description of cause: Personal Injury/Wrongful Death

## VII. REQUESTED IN COMPLAINT:
DEMAND $ over 75000
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 10-18-24
SIGNATURE OF ATTORNEY OF RECORD: Steve Gibbins