Generated: Oct 18, 2024 3:41PM                                                                 Page 1/1



# U.S. District Court

## Texas Western - Austin

Receipt Date: Oct 18, 2024 3:41PM

Law Office of Steve Gibbins  
1411 West Avenue, Suite 200  
Austin, TX 78701

Rcpt. No: 2023         Trans. Date: Oct 18, 2024 3:41PM          Cashier ID: #CERy

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #5461 | 10/18/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 1:24-cv-01255 Montalbano et al v. Hawken et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov